Michael Goodale



**COUNTRY INNS & SUITES**

| | |
|---|---|
| Room No. | : 118 |
| Arrival | : 06-27-09 |
| Departure | : 06-28-09 |
| Page No. | : 1 of 1 |
| Folio No. | : 766 |
| Conf. No. | : 23312225 |
| Cashier No. | : 7656 |

INFORMATION INVOICE
Membership No. : G1
A/R Number :
Group Code :
Company Name :

06-28-09   11:37:41 AM

| Date | Text | Charges | Credits |
|---|---|---|---|
| 06-27-09 | Room | 69.00 | |
| 06-27-09 | State Tax | 3.45 | |
| 06-27-09 | Lodging Tax | 4.83 | |
| 06-27-09 | Cash | | 77.28 |
| | Total | 77.28 | 77.28 |
| | Balance | | 0.00 |

Earn more Gold Points on every stay!
Give us your goldpoints plus number + check earnings at goldpointsplus.com
Make reservations at goldpointsplus.com + earn 500 bonus points each stay
goldpoints plus - Great Hospitality + More Rewards

Thank You For Staying With Us

I agree that my liability for this bill is not waived and agree to be held personally responsible in the event that the indicated person, company or association fails to pay for any portion or the full amount of these charges.

Guest Signature_____

Country Inn and Suites Waterloo
4025 Hammond Ave.
Waterloo, IA 50702
Telephone: 319-233-2336  Fax: 319-833-7037
Email: cx_wtrl@countryinns.com

GOVERNMENT
EXHIBIT
33
CR12-3011 LRR

*Already Paid* ~~$50 Deposit in drawer~~



# COUNTRY INNS & SUITES
BY CARLSON

Michael Goodale                                    Phone:

Email:                                             Conf. No.    23312225

Arrival Date:    06-27-09                          Room:        118

Departure Date:  06-28-09                          Guests:      1 /1

Company:                                           Advance Deposit:

Daily Rate:      69.00                             MHG _____ Initials

Paid By:         Mastercard                        Vehicle Make  'Chvy A/V.

goldpoints plus Member -                           Plate Number _____

Special Rqst:    Generic - See Comments

PLEASE NOTE: Check out time is 12:00 PM

---

If any of the above information is incorrect or incomplete, please use the section below:

Name: Mike Goodle                     Telephone:

Address: _____                       City: Meson City

State/Prov: Iowa    Postal Code: 50401    Email: N/A

---

NOTICE TO GUEST:
SAFETY DEPOSIT BOXES ARE AVAILABLE FOR DEPOSIT OF VALUABLES. THE HOTEL CANNOT BE RESPONSIBLE FOR VALUABLES NOT DEPOSITED. REGISTRATION RATES DO NOT INCLUDE APPLICABLE SALES, OCCUPANCY, OR OTHER TAXES. AT CHECK IN WE WILL REQUIRE A CREDIT CARD BUT AT CHECK OUT YOU MAY PAY WITH CASH.
CHECK OUT
I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY, OR ASSOCIATION FAILS TO PAY THE FULL AMOUNT OF THESE CHARGES.

I AGREE TO DEPART ACCOMMODATIONS BY 12:00 PM ON THE DATE INDICATED ABOVE.

THIS IS A NON-SMOKING, PET FREE FACILITY. YOU WILL BE CHARGED $200.00 FOR SMOKING IN OUR NON-SMOKING ROOMS, AND $200.00 FOR BRINGING A PET INTO THE HOTEL.

IF YOU NEED TO DEPART EARLY, YOU WIL BE CHARGED ONE NIGHT'S ROOM AND TAX.

Signature: _____

Enjoy your stay with us!

Country Inn and Suites Waterloo
4025 Hammond Ave.
Waterloo, IA 50702
Telephone: 319-233-2336  Fax: 319-833-7037
Email: cxwtrlo@countryinns.com

33P2