ROO.: NQ1    202    ARRIVE:*06JUN  ACCT:
RATE:MNG 60.88    DEPART:*07JUN   AD:*01 CH:*01
PRINT NAME: *GOODALE/MICHAEL
COMPANY: *
ADDRESS: *
CITY,ST,ZP: *MASON CITY, IA 50401-9485
PHONE: H
PAY METHOD: VIXXXXXXXXXXX7496  CASh
REQUESTS: None                  Check Notes 4
INFO: None                      details.

                                LOYALTY MBR #: 1152348825K

I have been advised of all charges including
room rate and taxes. Liability for all
charges incurred by me is not waived.

GUEST SIGNATURE: * [signature]

MAKE OF CAR: *OY Chevy   LIC: 918 III   ST:
              AlaJ

GOVERNMENT
EXHIBIT
34
CR12-3011 LRR



34P2