# Katherine Strub, MA, LMHC

**PROFESSIONAL LICENSE/CERTIFICATIONS**
Board of Behavioral Science Examiners – State of Iowa
Licensed Mental Health Counselor (LMHC) #001141

National Board for Certified Counselors, Inc.
National Certified Counselor (NCC) #226838

**EDUCATION**
MA – Mental Health Counseling, 2007
University of Northern Iowa – Cedar Falls, Iowa

BA – Psychology, 2004
University of Northern Iowa – Cedar Falls, Iowa

**CLINICAL EXPERIENCE**
*Therapist* (November 2010 – March 2012)
New Directions Counseling Services – Waterloo, Iowa
- Provided individual and family mental health services to children, adults, and families
- Conducted clinical assessments of children, adults and families to determine eligibility and treatment planning for Behavioral Health Intervention Services (BHIS)
- Completed treatment plans, implementation plans and session notes for services provided

*Forensic Interviewer* (March 2010 – present)
Allen Child Protection Center (ACPC) - Cedar Falls, Iowa
- Conduct forensic interviews of children and adolescents reported as possible victims of abuse or neglect or who may have witnessed a crime
- Document statements of children via video recording and written report
- Member of multi-disciplinary team that includes medical providers, law enforcement, and social service personnel
- Provide testimony for court proceedings
- Trainer for new forensic interviewers
- Provide educational presentations on child abuse dynamics and the function of the ACPC

*Social Worker II* (April 2008 – March 2010)
Iowa Department of Human Services – Black Hawk County
- Managed a caseload and referred clients for necessary services
- Met with children and families to discuss ongoing concerns, progress, and new information relevant to the family
- Assessed safety of children, risk of families, and ongoing progress to make recommendations
- Reported to the Black Hawk County Juvenile Court via court appearances, testimony, court reports and consultation
- Attended and facilitated Family Team Meetings
- Communicated professionally with service providers

GOVERNMENT EXHIBIT 35 CR12-3011 LRR

- Participated in the Quality Assurance Team to review, research and recommend changes to current DHS policy and procedures

*PMIC Therapist/Residential Caseworker* (October 2004 – April 2008)
Lutheran Services in Iowa's Bremwood Campus – Waverly, Iowa
- Provided individual, group and family counseling to children and families
- Created individual treatment plans, progress reports, and session notes
- Developed group curriculum and organized campus activities for families and community members
- Assisted families in accessing community resources
- Assisted with training of other therapists and caseworkers and participated on organization teams to review and analyze services and outcomes

*Practicum Student* (January 2006 – May 2006)
University of Northern Iowa Counseling Center – Cedar Falls, Iowa
- Provided outpatient mental health services (diagnostic evaluation, treatment planning, and individual therapy) to college students
- Provided psycho-educational group counseling

**PRESENTATIONS**
Allen Child Protection Center (Overview)
Katie Strub, MA, LMHC (speaker to Allen College Nurse Practitioner Class)
April 18, 2012. 1.5 hours

Allen Child Protection Center (Overview)
Katie Strub, MA, LMHC (speaker to University of Northern Iowa Human Sexuality Class)
April 11, 2012. 1.5 hours

Reporting Child Abuse
Katie Strub, MA, LMHC (speaker to New Directions Counseling Services)
December 12, 2011. 1.5 hours

Allen Child Protection Center (Overview)
Katie Strub, MA, LMHC (speaker to University of Northern Iowa Human Sexuality Class)
April 16, 2011. 1.5 hours

Allen Child Protection Center (Overview)
Katie Strub, MA, LMHC (speaker to Waterloo Police Department)
November 7, 2011. 1.5 hours

**PROFESSIONAL TRAININGS**
Annual Conference – A Focus on Counseling Specialties
Iowa Mental Health Counselors Association
April 12 & 13, 2012. 13.0 hours

Forensic Interview Peer Review
Midwest Regional Children's Advocacy Center
January 25, 2012. 1.5 hours

Child Protection: Our Responsibility
St. Luke's Child Protection Center
October 17 & 18, 2011. 13.5 hours

Understanding and Communicating with Children with Autism
Midwest Regional Children's Advocacy Center – Scott Modell, Ph.D. (webinar)
September 15, 2011. 1.0 hours

Developmental Perspectives on Sexual Behavior in Children and Adolescents
National Children's Advocacy Center – William Friedrich, Ph.D., BBP (webinar)
1.25 hours

Medical for Nonmedical Professionals
Dr. Rich Kaplan, M.D. – Midwest Regional Children's Advocacy Center
April 8, 2011. 3.0 hours

Current Perspectives on Child Abuse: Physician Conference
Dr. Rich Kaplan, M.D. – Midwest Regional Children's Advocacy Center
April 7, 2011. 2.0 hours

National Symposium on Child Abuse
National Children's Advocacy Center
March 28-31, 2011. 13.5 hours

Secrecy, Disclosures and Reactions
Midwest Regional Children's Advocacy Center – Tom Lyon, J.D, Ph.D. (webinar)
March 9, 2011. 1.0 hours

Repeated Abuse (Time and Number)
Midwest Regional Children's Advocacy Center – Tom Lyon, J.D, Ph.D. (webinar)
February 23, 2011. 1.0 hours

Follow-Up Questions
Midwest Regional Children's Advocacy Center – Tom Lyon, J.D, Ph.D. (webinar)
February 16, 2011. 1.0 hours

Question Types
Midwest Regional Children's Advocacy Center – Tom Lyon, J.D, Ph.D. (webinar)
January 26, 2011. 1.0 hours

Forensic Interviewer Journal Club
Midwest Regional Children's Advocacy Center
January 25, 2011. 1.0 hours

Shaken Baby Syndrome Prevention: Period of Purple Crying for the Helping Professional
Iowa Department of Public Health - Janet Horras
January 21, 2011. 2.0 hours

Rapport Building & Narrative Practice
Midwest Regional Children's Advocacy Center – Tom Lyon, J.D, Ph.D. (webinar)
January 19, 2011. 2.0 hours

35P3

Forensic Interview Peer Review
Midwest Regional Children's Advocacy Center
December 29, 2010. 1.5 hours

Forensic Interviewer Training
Regional Child Protection Center, Blank Children's Hospital – Des Moines, IA
November 10, 2010. 8 hours

Child Protection: Our Responsibility
St. Luke's Child Protection Center
October 21 & 22, 2010. 12.5 hours

Understanding Homicide Through the Eyes of a Child
National Children's Advocacy Center – Andra Chamberlin, MA. (webinar)
October 7, 2010. 1.0 hours

Forensic Interview Peer Review
Midwest Regional Children's Advocacy Center
September 29, 2010. 1.5 hours

Mandatory Reporting of Child Abuse and Dependent Adult Abuse
Allen Memorial Hospital
September 21, 2010. 2.0 hours

Forensic Interview Peer Review
Midwest Regional Children's Advocacy Center
August 18, 2010. 1.5 hours

Forensic Interviewing of Children in Child Sexual Abuse Cases
Linda Cordisco-Steele and Laura Rogers, J.D. – National Children's Advocacy Center
June 14-18, 2010. 28.5 hours

Best Practices in Child Fatality & Severe Child Physical Abuse Investigations
Brian J. Killacky - Clark County States Attorney's Office, Chicago, Illinois
May 25, 2010. 3.0 hours

Impact of Social & Emotional Trauma on Early Development
Dr. Richard Gaskill, Ed.D. Sumner Mental Health Center, Wellington, KS
April 14, 2010. 3.0 hours

Undoing Racism
The People's Institute
April 7-9, 2010. 16 hours.

Forensic Interviewer Training
St. Luke's Child Protection Center, Hiawatha, IA
March 22-26, 2010. 40 hours

Multi-Disciplinary Team Training
Jane Braun – Midwest Regional Children's Advocacy Center
March 2010. 16 hours.

35P4