CURRICULUM VITAE

**Debbie K. Fenton**                                                December, 2011
Federal Bureau of Investigation (FBI)
Computer Analysis Response Team (CART) Forensic Examiner
Omaha Division

**CERTIFICATIONS & MEMBERSHIPS**

**Novell NetWare Administration**
**Disk Operating System** (DOS) Certification, International Association of Computer
      Investigative Specialists (IACIS), August, 1995
**FBI Certified Computer Analysis Response Team (CART) Forensic Examiner (FE)**,
      April, 1996
**A+ Certification**, CompTIA, December, 2002
**EnCase**, Guidance Software, January, 2004 and May, 2006
**Applied Decryption**, AccessData, March, 2007
**AccessData Certified Examiner (ACE)**, February, 2010

**Forensic Association of Computer Technologists (F.A.C.T.)**; member since November, 1993,
      Executive Board Member until 2001

**High Technology Crime Investigation Association (HTCIA)**, member since 2008

**FBI CART CERTIFICATIONS**

| Certification | Date Received |
| --- | --- |
| FBI CART Basic Wintel | 1996-04-26 |
| FBI UNIX Certification | 2000-03-27 |
| FBI CART Assessment Test | 2000-11-27 |
| FBI Mac Certification | 2002-06-24 |
| 2003 CART Proficiency Test – Wintel | 2003-12-31 |
| FBI FTK Certified Examiner | 2004-08-25 |
| FBI Linux Boot CD v4 | 2004-09-15 |
| 2004 CART Proficiency Test – Wintel | 2004-12-31 |
| 2005 CART Proficiency Test – Wintel | 2005-12-31 |
| FBI Cell Phone Forensics | 2006-03-08 |
| 2006 Proficiency Test – Mac | 2006-12-31 |
| 2007 CART Proficiency Test – Wintel | 2007-12-18 |
| PDA Certification | 2008-06-20 |
| 2008 CART Proficiency Test – Cell phone | 2008-12-31 |
| FBI Digital Camera Forensics | 2009-06-03 |
| 2009 CART Proficiency Test – Wintel | 2009-12-31 |
| 2010 CART Proficiency Test – Wintel | 2010-10-29 |
| 2011 CART Proficiency Test – Wintel | 2011-12-31 |

GOVERNMENT EXHIBIT 36 CR12-3011 LRR

36P1

## SPECIALIZED TRAINING:

| Start Date | Course Name |
|---|---|
| 2000-03-31 | Linux Media Forensics |
| 2001-07-16 | NW3C Advanced Data Recovery and Analysis (ADRA) |
| 2001-07-30 | ACES Training |
| 2002-05-14 | ILook |
| 2002-06-24 | Advanced Macintosh |
| 2002-12-02 | A+ PC Hardware |
| 2003-04-03 | Linux Boot CBT Training - v3 |
| 2003-09-04 | CART Quality Training 2003 |
| 2004-01-05 | EnCase Intermediate Analysis and Reporting |
| 2004-07-12 | Advanced Macintosh |
| 2004-08-06 | CART-RCFL Conference 2004 |
| 2004-08-27 | AccessData FTK Boot Camp |
| 2004-10-01 | ADRA – Inet, National White Collar Crime Center |
| 2004-10-07 | PT005 Refresher Training |
| 2005-01-25 | Paraben PDA Seizure |
| 2005-04-07 | FTK Boot Camp (3 Days) |
| 2005-06-23 | Internet Processing (*Note - Date shown is publish date.) |
| 2005-09-16 | CART/RCFL Counterterrorism Workshop |
| 2006-01-13 | Microsoft Advanced Forensics |
| 2006-01-19 | CART Coordinator's Workshop |
| 2006-02-02 | Case Agent Investigative Review (CAIR) Train-the-Trainer |
| 2006-03-08 | FBI Cell Phone Forensics |
| 2006-05-02 | Senior Oral Boards - Grader |
| 2006-05-03 | CART Coordinator's Workshop |
| 2006-05-19 | ImageScan Train-the-Trainer |
| 2006-05-26 | EnCase Intermediate Analysis and Reporting |
| 2006-07-28 | MAC Practicals |
| 2006-08-25 | CART/RCFL Web Crime Conference |
| 2006-10-17 | Voice Over IP |
| 2007-04-03 | Windows Registry Basic Concepts |
| 2008-06-09 | Macintosh Forensic Survival |
| 2008-07-17 | AccessData's Internet Forensics |
| 2009-02-13 | Cellebrite/SecureView Cell Phone Forensics |
| 2009-03-26 | SubRosaSoft Macintosh Forensics |
| 2009-06-03 | Digital Camera Forensics |
| 2009-08-20 | Crimes Against Children Conference |
| 2009-11-09 | Virtual Forensics for Linux |
| 2010-02-25 | Vista and Windows 7 Forensics |
| 2010-05-24 | X-Ways Forensics |
| 2010-08-09 | Crimes Against Children Conference |
| 2010-08-26 | DriveQuest 3.0 |
| 2010-12-07 | Forensic Networks and FTK 3.0 |
| 2011-05-05 | Forensic ToolKit Lab 3.3 |

As a Computer Specialist for the Omaha Division of the FBI, completed numerous classes to include Micro Computers, Data Communications, Automated Environments, Evidence Search and Seizure, Computer Security, NetWare 4.1, WordPerfect Office 4.0 for System Engineers, TCP/IP Protocol Analysis, six components of Microsoft Certified Professional/Systems Engineer (MSCE) and basic through advanced in many Microsoft software applications.

## FORMAL EDUCATION:

Patricia Stevens Vocational Business College, one-year, graduated August, 1974

Metropolitan Technical Community College, started 1976
    Took courses in Business, Accounting, and Computer Science, 22 hours

University of Nebraska at Omaha, started Fall of 1979
    Took courses in Accounting and Computer Science, 33 credit hours

Gateway Electronics Institute, took courses in Microsoft Certified Professional/Systems Engineer

## FBI EMPLOYMENT HISTORY/EXPERIENCE:

| Date | Position |
|---|---|
| December, 2002 to present | FBI – Full time CART FE |
| May, 2006 | CART ImageScan Instructor |
| February, 2006 | Case Agent Investigative Review (CAIR) Instructor |
| January, 1995 to present | FBI – Evidence Response Team Member |
| June, 1993 – November, 2002 | FBI – Collateral Duties as forensic examiner |
| May, 1985 – November, 2003 | FBI – Information System Administrator September, 2000, Supervisory IT Specialist |
| August, 1982 – February, 1985 | FBI – Drug Task Force |
| June, 1981 – April, 1985 | FBI – Accounting Technician |
| September, 1974 to May, 1981 | FBI - Stenographer |

## EXPERT TESTIMONY:

January, 1998    Certified by the court as an expert witness in microcomputer forensic processing in the District Court of Saline County, Kansas, in a matter involving receipt and distribution of child pornography via the Internet.

## AWARDS:

2004    Department of Justice, United States Attorney's Office, Nebraska L.E.C.C. award

    Several incentive awards during FBI career

36P3