Case Reference:
Prepared By: dkfenton - Microsoft

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 2/12/2011 12:42:03 PM Sat |
| **Last Visited [Local]:** | 2/12/2011 6:42:03 AM Sat |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | naked pedos - Bing |
| **Hit Count:** | 5 |
| **URL:** | http://www.bing.com/search?q=naked%20pedos&form=HPNTLB |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 682880

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 2/12/2011 12:42:40 PM Sat |
| **Last Visited [Local]:** | 2/12/2011 6:42:40 AM Sat |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | RSS |
| **Hit Count:** | 1 |
| **URL:** | http://www.bing.com/search?q=naked+boy+pedos&form=QBRE&qs=n&sk=&format=rss |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 682496

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 2/12/2011 1:11:35 PM Sat |
| **Last Visited [Local]:** | 2/12/2011 7:11:35 AM Sat |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | young gay boys - Bing |
| **Hit Count:** | 9 |
| **URL:** | http://www.bing.com/search?q=young+gay+boys&FORM=Z7FD |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 686592

GOVERNMENT
EXHIBIT
37
CR12-3011 LRR

| **Type:** | http | **Browser Version:** | MSIE (v7-8) | **Offset:** | FO: 706560 |

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 2/14/2011 5:38:14 AM Mon
**Last Visited [Local]:** 2/13/2011 11:38:14 PM Sun
**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Username:** Dean
**Source:** R:\Hashsets\10\Index.dat
**Page Title:** Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar
**Hit Count:** 8
**URL:** http://search.netzero.net/search?source=topsearchbox&action=search&query=boy+porn&sbuttonT.x=31&sbuttonT.y=10
**Offset:** FO: 706560

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 2/14/2011 5:40:37 AM Mon
**Last Visited [Local]:** 2/13/2011 11:40:37 PM Sun
**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Username:** Dean
**Source:** R:\Hashsets\10\Index.dat
**Page Title:** Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar
**Hit Count:** 6
**URL:** http://search.netzero.net/search?source=topsearchbox&action=search&query=small+penis
**Offset:** FO: 707200

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 2/14/2011 5:40:43 AM Mon
**Last Visited [Local]:** 2/13/2011 11:40:43 PM Sun
**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Username:** Dean
**Source:** R:\Hashsets\10\Index.dat
**Page Title:**
**Hit Count:** 1
**URL:** http://5starboys.com/favicon.ico
**Offset:** FO: 707840

2

37P02

Case Reference:     dkfenton - Microsoft

Prepared By:     Federal Bureau of Investigation

| | |
|---|---|
| Type: | http |
| Index Type: | Master |
| Last Visited [UTC]: | 2/14/2011 5:41:15 AM Mon |
| Last Visited [Local]: | 2/13/2011 11:41:15 PM Sun |
| Username: | Dean |
| Source: | R:\Hashsets\10\index.dat |
| Page Title: | |
| Hit Count: | 4 |
| URL: | http://5starboys.com/index.html?id=demon77 |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 708096

| | |
|---|---|
| Type: | http |
| Index Type: | Master |
| Last Visited [UTC]: | 2/14/2011 5:41:17 AM Mon |
| Last Visited [Local]: | 2/13/2011 11:41:17 PM Sun |
| Username: | Dean |
| Source: | R:\Hashsets\10\index.dat |
| Page Title: | Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar |
| Hit Count: | 5 |
| URL: | http://search.netzero.net/search?source=topsearchbox&action=search&query=young+boys&sbuttonT.x=39&sbuttonT.y=6 |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 708892

| | |
|---|---|
| Type: | http |
| Index Type: | Master |
| Last Visited [UTC]: | 2/14/2011 5:42:14 AM Mon |
| Last Visited [Local]: | 2/13/2011 11:42:14 PM Sun |
| Username: | Dean |
| Source: | R:\Hashsets\10\index.dat |
| Page Title: | Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar |
| Hit Count: | 5 |
| URL: | http://search.netzero.net/search?action=search&source=related&query=Gay+13+Year+Old+Boys&start=0&rtoken=ChBNWMBmAAbHmOhOImoIeuEhRHYXkgMTMgWWVVhciBPb GQgQm95cxoIQGoWUAq9jWIoAVITCNLLqO73hqcCFd25QooFR58sw |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 712704

Case 3:12-cr-03011-LRR-KEM    Document 73-38    Filed 07/05/12    Page 3 of 45

37P03

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 2/14/2011 5:44:38 AM Mon
**Last Visited [Local]:** 2/13/2011 11:44:38 PM Sun
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:**
**Hit Count:** 3
**URL:** http://www.brunowebstore.com/favicon.ico

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 709632

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 2/14/2011 5:44:39 AM Mon
**Last Visited [Local]:** 2/13/2011 11:44:39 PM Sun
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:**
**Hit Count:** 1
**URL:** http://www.boyreview.com/favicon.ico

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 710144

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 2/14/2011 5:44:43 AM Mon
**Last Visited [Local]:** 2/13/2011 11:44:43 PM Sun
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** BrunoWebStore site officiel
**Hit Count:** 3
**URL:** http://www.brunowebstore.com

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 710400

Case 3:12-cr-03011-LRR-KEM   Document 73-38   Filed 07/05/12   Page 4 of 45

37P04

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 2/14/2011 5:45:04 AM Mon |
| **Last Visited [Local]:** | 2/13/2011 11:45:04 PM Sun |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | |
| **Hit Count:** | 2 |
| **URL:** | http://www.boyreview.com |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 709888

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 2/14/2011 5:46:38 AM Mon |
| **Last Visited [Local]:** | 2/13/2011 11:46:38 PM Sun |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar |
| **Hit Count:** | 11 |
| **URL:** | http://search.netzero.net/search?source=bottomsearchbox&action=search&query=nude+preteen+boys |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 708352

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 2/14/2011 5:50:37 AM Mon |
| **Last Visited [Local]:** | 2/13/2011 11:50:37 PM Sun |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | Yahoo! Image Search Results for gay boys |
| **Hit Count:** | 5 |
| **URL:** | http://images.search.yahoo.com/search/images;_ylt=A2KJkK44whN9noAILmLuLkF?p=gay+boys&ei=utf-8&iscqry=&fr=sfp |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 711168

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 2/14/2011 5:51:29 AM Mon |
| **Last Visited [Local]:** | 2/13/2011 11:51:29 PM Sun |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | Yahoo! Image Search Results for gay boys |
| **Hit Count:** | 5 |
| **URL:** | http://images.search.yahoo.com/search/images?p=gay+boys&ei=utf-8&fr=sfp&xargs=0&pstart=1&b=43&ni=21 |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 710656

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 2/14/2011 5:52:59 AM Mon |
| **Last Visited [Local]:** | 2/13/2011 11:52:59 PM Sun |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | Yahoo! Image Search Results for naked boys |
| **Hit Count:** | 5 |
| **URL:** | http://images.search.yahoo.com/search/images;_ylt=A2KJkK63wlhNaX8AblGJzbkF?p=naked+boys&fr=sfp&ei=utf-8&x=wrt&y=Search |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 712192

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 2/14/2011 5:53:44 AM Mon |
| **Last Visited [Local]:** | 2/13/2011 11:53:44 PM Sun |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | Yahoo! Image Search Results for naked boys |
| **Hit Count:** | 5 |
| **URL:** | http://images.search.yahoo.com/search/images?p=naked+boys&ei=utf-8&y=Search&fr=sfp&xargs=0&pstart=1&b=22&ni=21 |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 711680

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 2/14/2011 5:54:28 AM Mon
**Last Visited [Local]:** 2/13/2011 11:54:28 PM Sun
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Yahoo! Image Search Results for naked boys
**Hit Count:** 5
**URL:** http://images.search.yahoo.com/search/images?p=naked+boys&ni=21&ei=utf-8&y=Search&fr=sfp&xargs=0&pstart=1&b=43

**Offset:** FO: 713984

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 4/9/2011 4:39:53 AM Sat
**Last Visited [Local]:** 4/8/2011 11:39:53 PM Fri
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** gay boy porn - Bing Videos
**Hit Count:** 5
**URL:** http://www.bing.com/videos/search?q=gay+boy+porn&go=&form=QBVR&qs=n&sk=

**Offset:** FO: 623744

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 4/9/2011 4:43:56 AM Sat
**Last Visited [Local]:** 4/8/2011 11:43:56 PM Fri
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** gay boy porn - Bing Videos
**Hit Count:** 7
**URL:** http://www.bing.com/videos/search?q=gay+boy+porn+filteru|%3aduration-medium&sk=&qpvt=gay+boy+porn&FORM=R5FD1

**Offset:** FO: 624128

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

Case 3:12-cr-03011-LRR-KEM   Document 73-38   Filed 07/05/12   Page 7 of 45

37P07

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 7/13/2011 4:23:18 AM Wed
**Last Visited [Local]:** 7/12/2011 11:23:18 PM Tue
**Source:** R:\Hashsets\10\index.dat
**Page Title:** nude boys - Bing Images
**Hit Count:** 5
**URL:** http://www.bing.com/images/search?q=nude+boys&view=detail&id=DABB90D0158D36FE93DC41BA5B044362CE0771C0&first=0&FORM=IDFRIR

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 428544

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 7/16/2011 5:48:39 AM Sat
**Last Visited [Local]:** 7/16/2011 12:48:39 AM Sat
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Gay Young Boys xxx vids & fuck movies | Redtube.com Free Porn
**Hit Count:** 2
**URL:** http://www.redtube.com/gay/?search=young+boys

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 252672

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 7/16/2011 5:50:47 AM Sat
**Last Visited [Local]:** 7/16/2011 12:50:47 AM Sat
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Gay Young Boys porn videos - Redtube.com
**Hit Count:** 5
**URL:** http://www.redtube.com/gay/?search=young+boys&page=3

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 543232

37P08

Case Reference:
Prepared By: dkfenton - Microsoft

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 7/16/2011 5:51:48 AM Sat
**Last Visited [Local]:** 7/16/2011 12:51:48 AM Sat
**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 543872
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Gay Young Boys porn videos - Redtube.com
**Hit Count:** 5
**URL:** http://www.redtube.com/gay/?search=young+boys&page=4

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 8/9/2011 4:05:35 AM Tue
**Last Visited [Local]:** 8/8/2011 11:05:35 PM Mon
**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 248576
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar
**Hit Count:** 9
**URL:** http://search.netzero.net/search?action=search&source=nextpage&query=nude+boys&start=70&adpage=3&orig_source=

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 8/11/2011 11:44:48 AM Thu
**Last Visited [Local]:** 8/11/2011 6:44:48 AM Thu
**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 297728
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** xxxbunker.com : little gay boy
**Hit Count:** 5
**URL:** http://xxxbunker.com/little_gay_boy

NetAnalysis v1.53 (1.53.11280.253) - Licenced to: Federal Bureau of Investigation

37P09

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 8/23/2011 12:36:58 AM Tue
**Last Visited [Local]:** 8/22/2011 7:36:58 PM Mon
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Mason City Community Schools Web Page
**Hit Count:** 22
**URL:** http://www.masoncityschools.org

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 34944

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 8/23/2011 12:37:00 AM Tue
**Last Visited [Local]:** 8/22/2011 7:37:00 PM Mon
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:**
**Hit Count:** 3
**URL:** http://www.masoncityschools.org/favicon.ico

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 34688

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 8/23/2011 12:40:25 AM Tue
**Last Visited [Local]:** 8/22/2011 7:40:25 PM Mon
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Search Results from Google on NetZero - One-click Search from your Start Page. Message Center or Browser Toolbar
**Hit Count:** 7
**URL:** http://search.netzero.net/search?source=topsearchbox&action=search&query=gay+teen+chat&buttonT.x=15&buttonT.y=23

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 448128

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 8/23/2011 1:42:47 AM Tue
**Last Visited [Local]:** 8/22/2011 8:42:47 PM Mon
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar
**Hit Count:** 5
**URL:** http://search.netzero.net/search?source=topsearchbox&action=search&query=naked+boy+pictures

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 473472

---

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 8/23/2011 1:43:14 AM Tue
**Last Visited [Local]:** 8/22/2011 8:43:14 PM Mon
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar
**Hit Count:** 5
**URL:** http://search.netzero.net/search?action=search&source=nextpage&query=naked+boy+pictures&start=20&adpage=2&orig_source=topsearchbox

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 474112

---

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 8/23/2011 1:43:44 AM Tue
**Last Visited [Local]:** 8/22/2011 8:43:44 PM Mon
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Search Results from Google on NetZero - One-Jlh₁
**Hit Count:** 5
**URL:** http://search.netzero.net/search?source=topsearchbox&action=search&query=naked+pedos

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 474752

Case 3:12-cr-03011-LRR-KEM   Document 73-38   Filed 07/05/12   Page 11 of 45

37P11

**Type:** http

**Index Type:** Master

**Last Visited [UTC]:** 8/23/2011 1:47:52 AM Tue

**Last Visited [Local]:** 8/22/2011 8:47:52 PM Mon

**Username:** Dean

**Source:** R:\Hashsets\10\index.dat

**Page Title:** Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar

**Hit Count:** 7

**URL:** http://search.netzero.net/search?action=search&source=nextpage&query=naked+boy+pictures&start=10&adpage=2&orig_source=bottomsearchbox

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 449408

---

**Type:** http

**Index Type:** Master

**Last Visited [UTC]:** 8/25/2011 1:38:37 PM Thu

**Last Visited [Local]:** 8/25/2011 8:38:37 AM Thu

**Username:** Dean

**Source:** R:\Hashsets\10\index.dat

**Page Title:** Search Results from Google on NetZero - One-click Search from your Start Page. Message Center or Browser Toolbar

**Hit Count:** 10

**URL:** http://search.netzero.net/search?source=topsearchbox&action=search&query=gay+video+chat

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 552832

---

**Type:** http

**Index Type:** Master

**Last Visited [UTC]:** 8/25/2011 1:38:37 PM Thu

**Last Visited [Local]:** 8/25/2011 8:38:37 AM Thu

**Username:** Dean

**Source:** R:\Hashsets\10\index.dat

**Page Title:** Chat rooms and free video chat - gay chat!! Chat Community

**Hit Count:** 5

**URL:** http://www.userplane.com/directory/index.cfm?action=domain=domain.viewDomain&domainID=1017620&categoryID=34&categoryName=Gay

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 554496

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 8/25/2011 1:41:59 PM Thu
**Last Visited [Local]:** 8/25/2011 8:41:59 AM Thu
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar
**Hit Count:** 12
**URL:** http://search.netzero.net/search?source=topsearchbox&action=search&query=young+boys

**Offset:** FO: 557056
**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 8/25/2011 1:46:59 PM Thu
**Last Visited [Local]:** 8/25/2011 8:46:59 AM Thu
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Posts on 'Atlas Shrugs' (Atom)
**Hit Count:** 3
**URL:** http://atlasshrugs2000.typepad.com/atlas_shrugs/atom.xml

**Offset:** FO: 404864
**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 8/25/2011 1:46:59 PM Thu
**Last Visited [Local]:** 8/25/2011 8:46:59 AM Thu
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Posts on 'Atlas Shrugs' (RSS 2.0)
**Hit Count:** 3
**URL:** http://atlasshrugs2000.typepad.com/atlas_shrugs/rss.xml

**Offset:** FO: 558336
**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

Case 3:12-cr-03011-LRR-KEM   Document 73-38   Filed 07/05/12   Page 13 of 45

37P13

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 8/25/2011 1:46:59 PM Thu
**Last Visited [Local]:** 8/25/2011 8:46:59 AM Thu
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Posts on 'Atlas Shrugs' (RSS 1.0)
**Hit Count:** 3
**URL:** http://atlasshrugs2000.typepad.com/atlas_shrugs/index.rdf

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 553472

---

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 8/25/2011 1:47:26 PM Thu
**Last Visited [Local]:** 8/25/2011 8:47:26 AM Thu
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar
**Hit Count:** 14
**URL:** http://search.netzero.net/autosearch?action=autosearch&query=young%20boys

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 405248

---

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 8/25/2011 1:47:53 PM Thu
**Last Visited [Local]:** 8/25/2011 8:47:53 AM Thu
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:**
**Hit Count:** 6
**URL:** http://atlasshrugs2000.typepad.com/atlas_shrugs/2010/10/video-sexually-molesting-young-boys-in-islam.html

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 405888

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 8/25/2011 1:50:29 PM Thu |
| **Last Visited [Local]:** | 8/25/2011 8:50:29 AM Thu |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | |
| **Hit Count:** | 5 |
| **URL:** | http://www.google.com/aclk?sa=l&ai=CF5BG21JWTripAue1IAL5quG6A76li3dwC5o3jslWTndAFCAAQASD39u0XrKAdQ06me-v___AWDJ5WVJlKSQE6ABiSGi2APlAQCqBBlP0 O608uAP-SnYlpx-Y7XTW8bCuQgmbcwng68&sig=AOD64_1s51OPP9_fgRa-NrsMMl1FWU7Q3Q&adurl=http://www.broadcastyourgayass.com/sign_05/index.htm&ba=1 |

**Offset:** FO: 347392

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 8/25/2011 1:56:29 PM Thu |
| **Last Visited [Local]:** | 8/25/2011 8:56:29 AM Thu |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | BroadcastYourGayAss - The YouTube of Gay Porn |
| **Hit Count:** | 10 |
| **URL:** | http://www.broadcastyourgayass.com/sign_05/index.htm?gclid=CNew6PL6qoCFRJUgwodQnb4QA |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 407040

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 8/25/2011 1:58:20 PM Thu |
| **Last Visited [Local]:** | 8/25/2011 8:58:20 AM Thu |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar |
| **Hit Count:** | 59 |
| **URL:** | http://search.netzero.net/search?source=topsearchbox&action=search&query=young+boys+nude |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 408192

Case 3:12-cr-03011-LRR-KEM   Document 73-38   Filed 07/05/12   Page 15 of 45

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 8/25/2011 2:16:02 PM Thu |
| **Last Visited [Local]:** | 8/25/2011 9:16:02 AM Thu |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar |
| **Hit Count:** | 11 |
| **URL:** | http://search.netzero.net/search?/source=startpage-accel-c&action=search&query=young+boy+videos |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 350592

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 8/31/2011 5:22:09 AM Wed |
| **Last Visited [Local]:** | 8/31/2011 12:22:09 AM Wed |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | boy porn - Bing Videos |
| **Hit Count:** | 5 |
| **URL:** | http://www.bing.com/videos/search?q=boy+porn&qs=bs&form=QBVR |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 108800

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 8/31/2011 5:22:50 AM Wed |
| **Last Visited [Local]:** | 8/31/2011 12:22:50 AM Wed |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | boys jerk off - Bing Videos |
| **Hit Count:** | 5 |
| **URL:** | http://www.bing.com/videos/search?q=boys+jerk+off&qs=V/&sk=&pq=boys+jerk+&sp=1&sc=2-10&form=QBVR |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 65792

Case 3:12-cr-03011-LRR-KEM   Document 73-38   Filed 07/05/12   Page 16 of 45

37P16

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 8/31/2011 5:23:44 AM Wed
**Last Visited [Local]:** 8/31/2011 12:23:44 AM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Teen Boy Jerks Off - Bing Videos
**Hit Count:** 9
**URL:** http://www.bing.com/videos/search?q=Teen+Boy+Jerks+Off&FORM=R5FD19

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 109184

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/1/2011 4:07:46 AM Thu
**Last Visited [Local]:** 8/31/2011 11:07:46 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Gay Teen Movies – where nude teen gay boys get their asses and faces fucked hard on video clips!
**Hit Count:** 12
**URL:** http://gayteenmovies.net

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 153344

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/1/2011 4:43:21 AM Thu
**Last Visited [Local]:** 8/31/2011 11:43:21 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** young Gay porn - Bing Videos
**Hit Count:** 7
**URL:** http://www.bing.com/videos/search?q=young+Gay+porn&go=&qs=n&sk=&form=QBVR

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 193408

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 9/1/2011 4:43:38 AM Thu |
| **Last Visited [Local]:** | 8/31/2011 11:43:38 PM Wed |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | young Gay porn - Bing Videos |
| **Hit Count:** | 5 |
| **URL:** | http://www.bing.com/videos/search?q=young+Gay+porn&view=detail&mid=75FA9209430FFDD89CC875FA9209430FFDD89CC8&first=0&FORM=LKVR26 |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 195456

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 9/3/2011 2:50:52 AM Sat |
| **Last Visited [Local]:** | 9/2/2011 9:50:52 PM Fri |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | boys nude - Bing Images |
| **Hit Count:** | 163 |
| **URL:** | http://www.bing.com/images/search?q=boys+nude&qs=ns&form=QBIR |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 257024

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 9/3/2011 2:57:08 AM Sat |
| **Last Visited [Local]:** | 9/2/2011 9:57:08 PM Fri |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | young boys - Bing Images |
| **Hit Count:** | 9 |
| **URL:** | http://www.bing.com/images/search?q=young+boys&view=detail&id=A6CE2A55F574FB2D8000AE97AE31B68DA12CB9868&first=30&FORM=IDFRIR |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 253952

**Type:** http

**Index Type:** Master

**Last Visited [UTC]:** 9/3/2011 3:01:57 AM Sat

**Last Visited [Local]:** 9/2/2011 10:01:57 PM Fri

**Username:** Dean

**Source:** R:\Hashsets\10\index.dat

**Page Title:**

**Hit Count:** 5

**URL:** http://4.bp.blogspot.com/_2IaAWjtuJaK/S83dtfljXrl/AAAAAAAAFGQ/uWtGIqboEfo/s1600/7.jpg

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 272256

---

**Type:** http

**Index Type:** Master

**Last Visited [UTC]:** 9/3/2011 3:02:01 AM Sat

**Last Visited [Local]:** 9/2/2011 10:02:01 PM Fri

**Username:** Dean

**Source:** R:\Hashsets\10\index.dat

**Page Title:** pics movies - Atom

**Hit Count:** 3

**URL:** http://picmovs.blogspot.com/feeds/6917958800193461650/comments/default

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 273664

---

**Type:** http

**Index Type:** Master

**Last Visited [UTC]:** 9/3/2011 3:02:06 AM Sat

**Last Visited [Local]:** 9/2/2011 10:02:06 PM Fri

**Username:** Dean

**Source:** R:\Hashsets\10\index.dat

**Page Title:** pics movies - RSS

**Hit Count:** 4

**URL:** http://picmovs.blogspot.com/feeds/posts/default?alt=rss

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 271104

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/3/2011 3:02:06 AM Sat
**Last Visited [Local]:** 9/2/2011 10:02:06 PM Fri
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** pics movies - Atom
**Hit Count:** 4
**URL:** http://picmovs.blogspot.com/feeds/posts/default

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:**  FO: 257792

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/3/2011 3:02:06 AM Sat
**Last Visited [Local]:** 9/2/2011 10:02:06 PM Fri
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** pics movies - Atom
**Hit Count:** 4
**URL:** http://picmovs.blogspot.com/feeds/6917958800193461650/comments/default

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:**  FO: 275328

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/3/2011 3:02:27 AM Sat
**Last Visited [Local]:** 9/2/2011 10:02:27 PM Fri
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** young boys - Bing Images
**Hit Count:** 15
**URL:** http://www.bing.com/images/search?q=young+boys&view=detail&id=D19CB46B94850739C2B6649A39BCC31A2F2793D7&first=60&FORM=IDFRIR

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:**  FO: 277376

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/3/2011 3:02:54 AM Sat
**Last Visited [Local]:** 9/2/2011 10:02:54 PM Fri
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** young boys - Bing Images
**Hit Count:** 257
**URL:** http://www.bing.com/images/search?q=young+boys&qs=ns&form=QBIR

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 277760

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/3/2011 3:03:02 AM Sat
**Last Visited [Local]:** 9/2/2011 10:03:02 PM Fri
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** pics & movies: La Fonte des Neiges (Thawing Out)(2009)
**Hit Count:** 9
**URL:** http://picmovs.blogspot.com/2010/04/la-fonte-des-neiges-thawing-out2009.html?zx=9e4573b4f1e3081

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 278144

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/3/2011 3:04:07 AM Sat
**Last Visited [Local]:** 9/2/2011 10:04:07 PM Fri
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** young boys - Bing Images
**Hit Count:** 327
**URL:** http://www.bing.com/images/search?q=young+boys&qs=ns&form=QBIR

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 276864

Case 3:12-cr-03011-LRR-KEM   Document 73-38   Filed 07/05/12   Page 21 of 45

37P21

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/3/2011 3:12:35 AM Sat
**Last Visited [Local]:** 9/2/2011 10:12:35 PM Fri
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** young boys - Bing Videos
**Hit Count:** 9
**URL:** http://www.bing.com/videos/search?q=young+boys&qpvt=young+boys&FORM=Z7FD2

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 278656

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/3/2011 3:17:30 AM Sat
**Last Visited [Local]:** 9/2/2011 10:17:30 PM Fri
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Young Boys Fuck - Bing Videos
**Hit Count:** 21
**URL:** http://www.bing.com/videos/search?q=Young+Boys+Fuck&FORM=R5FD23

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 283008

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/3/2011 4:00:35 AM Sat
**Last Visited [Local]:** 9/2/2011 11:00:35 PM Fri
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Young Boys Fuck - Bing Videos
**Hit Count:** 15
**URL:** http://www.bing.com/videos/search?q=Young+Boys+Fuck&view=detail&mid=C1B89D2C817E44BF191BC1BB9D2C817E44BF191B&first=21&FORM=LKVR16

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 283392

Case 3:12-cr-03011-LRR-KEM   Document 73-38   Filed 07/05/12   Page 22 of 45

37P22

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/3/2011 4:09:55 AM Sat
**Last Visited [Local]:** 9/2/2011 11:09:55 PM Fri
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Hotel Knights Inn Albert Lea, United States of America - Lowest Rate Guaranteed!
**Hit Count:** 9
**URL:** http://www.hotelsone.com/albert-lea-hotels-us/knights-inn-albert-lea.html?q=rmcnf:1{2,0};dsti:6046;dstt:1;dsts:Albert Lea;lbl:ggcoeuen-bc6046_albert lea hotels;cur:USD;sort:0_desc;frm:1;

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 285312

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/3/2011 4:10:22 AM Sat
**Last Visited [Local]:** 9/2/2011 11:10:22 PM Fri
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Hotel Knights Inn Albert Lea, Albert Lea, United States of America - Lowest Rate Guaranteed!
**Hit Count:** 9
**URL:** http://www.hotelsone.com/albert-lea-hotels-us/knights-inn-albert-lea.html?q=rmcnf:1{1,1{11}};dsti:6046;dstt:1;dsts:Albert Lea;lbl:ggcoeuen-bc6046_albert lea hotels;cur:USD;sort:0_desc;frm:9;start:2011-09-03;end:2011-09-04;rad:0;wa:0;sf:1;

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 290816

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/3/2011 4:11:42 AM Sat
**Last Visited [Local]:** 9/2/2011 11:11:42 PM Fri
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** HotelsOne.com - Hotels in Albert Lea - Lowest Rates Guaranteed!
**Hit Count:** 5
**URL:** http://www.hotelsone.com/search.html?q=start:2011-09-03;end:2011-09-04;rmcnf:1{1,1{11}};dsti:6046;dstt:1;dsts:Albert Lea;lbl:ggcoeuen-bc6046_albert lea hotels;cur:USD;sort:0_desc;frm:9;

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 291456

Case 3:12-cr-03011-LRR-KEM   Document 73-38   Filed 07/05/12   Page 23 of 45

37P23

Case Reference:
Prepared By: dkfenton - Microsoft

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/3/2011 4:18:00 AM Sat
**Last Visited [Local]:** 9/2/2011 11:18:00 PM Fri
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar
**Hit Count:** 12
**URL:** http://search.netzero.net/autosearch?action=autosearch&query=kinghtsinn%20albertleeminn

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 300288

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/3/2011 5:29:07 AM Sat
**Last Visited [Local]:** 9/3/2011 12:29:07 AM Sat
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar
**Hit Count:** 113
**URL:** http://search.netzero.net/autosearch?action=autosearch&query=gay%20teen%20chat%20rooms

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 232704

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 3:35:23 AM Thu
**Last Visited [Local]:** 9/14/2011 10:35:23 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Iowa teen chat rooms
**Hit Count:** 2
**URL:** http://www.teenchatrooms.tv/rooms/USA/Iowa/chat

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 73728

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 3:36:43 AM Thu
**Last Visited [Local]:** 9/14/2011 10:36:43 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Fun Gay Chat
**Hit Count:** 10
**URL:** http://www.fungaychat.com

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 321792

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 3:36:46 AM Thu
**Last Visited [Local]:** 9/14/2011 10:36:46 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** RSS
**Hit Count:** 2
**URL:** http://www.iowaworkforce.org/rss/iwd.xml

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 381568

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 3:37:25 AM Thu
**Last Visited [Local]:** 9/14/2011 10:37:25 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar
**Hit Count:** 7
**URL:** http://search.netzero.net/autosearch?action=autosearch&query=iowa%20gay%20teen%20chat

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 390016

Case 3:12-cr-03011-LRR-KEM   Document 73-38   Filed 07/05/12   Page 25 of 45

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 3:37:25 AM Thu
**Last Visited [Local]:** 9/14/2011 10:37:25 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Teen Chat Rooms .TV
**Hit Count:** 1
**URL:** http://www.teenchatrooms.tv

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 383616

---

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 3:37:29 AM Thu
**Last Visited [Local]:** 9/14/2011 10:37:29 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:**
**Hit Count:** 3
**URL:** http://www.teenchatrooms.tv/favicon.ico

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 382464

---

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 3:38:31 AM Thu
**Last Visited [Local]:** 9/14/2011 10:38:31 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Iowa Workforce Development's IowaJobs - Iowa's Largest Job Bank -
**Hit Count:** 11
**URL:** http://www.iowajobs.org

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 383872

| | |
|---|---|
| **Type:** | https |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 9/15/2011 3:40:12 AM Thu |
| **Last Visited [Local]:** | 9/14/2011 10:40:12 PM Wed |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | iowajobs.org |
| **Hit Count:** | 6 |
| **URL:** | https://www1.iowajobs.org/jobs/login.seek |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 386176

| | |
|---|---|
| **Type:** | https |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 9/15/2011 3:41:03 AM Thu |
| **Last Visited [Local]:** | 9/14/2011 10:41:03 PM Wed |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | iowajobs.org |
| **Hit Count:** | 16 |
| **URL:** | https://www1.iowajobs.org/jobs/seeker/search/search.seek |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 390656

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 9/15/2011 3:42:56 AM Thu |
| **Last Visited [Local]:** | 9/14/2011 10:42:56 PM Wed |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | Cedar Rapids teen chat rooms |
| **Hit Count:** | 10 |
| **URL:** | http://www.teenchatrooms.tv/rooms/USA/Iowa/Cedar_Rapids/chat |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 384640

| | |
|---|---|
| **Type:** | https |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 9/15/2011 3:42:56 AM Thu |
| **Last Visited [Local]:** | 9/14/2011 10:42:56 PM Wed |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\Index.dat |
| **Page Title:** | iowajobs.org |
| **Hit Count:** | 5 |
| **URL:** | https://www1.iowajobs.org/jobs/seeker/search/search.seek?wageType=H&shift=any&saveSearch=&actionButton=Search&jobOrderDays=&page=2&locationType=zip&sortOrder=d ate&radius=&availability=any&currentTab=tree&zip=50401&onets=&counties=&wage=&onetType=all&keywords=all&keywords=&radiusZip=&onetClasses=&office=&regions= |

**Offset:**   FO: 391680

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 9/15/2011 3:44:50 AM Thu |
| **Last Visited [Local]:** | 9/14/2011 10:44:50 PM Wed |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\Index.dat |
| **Page Title:** | Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar |
| **Hit Count:** | 48 |
| **URL:** | http://search.netzero.net/autosearch?action=autosearch&query=iowaworkforce |

**Browser Version:**   MSIE (v7-8)

**Time Zone:**   Central Standard Time [UTC -0600]

**Offset:**   FO: 392320

| | |
|---|---|
| **Type:** | https |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 9/15/2011 3:45:08 AM Thu |
| **Last Visited [Local]:** | 9/14/2011 10:45:08 PM Wed |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\Index.dat |
| **Page Title:** | iowajobs.org |
| **Hit Count:** | 8 |
| **URL:** | https://www1.iowajobs.org/jobs/seeker/search/search.seek?wageType=H&shift=any&saveSearch=&actionButton=Search&jobOrderDays=&locationType=zip&page=3&sortOrder=d ate&radius=&availability=any&currentTab=tree&zip=50401&onets=&counties=&wage=&onetType=all&keywords=all&keywords=&radiusZip=&onetClasses=&office=&regions= |

**Browser Version:**   MSIE (v7-8)

**Time Zone:**   Central Standard Time [UTC -0600]

**Offset:**   FO: 401408

Case 3:12-cr-03011-LRR-KEM   Document 73-38   Filed 07/05/12   Page 28 of 45

37P28

| | | | |
|---|---|---|---|
| **Type:** | http | **Browser Version:** | MSIE (v7-8) | **Offset:** FO: 393856 |
| **Index Type:** | Master | | |
| **Last Visited [UTC]:** | 9/15/2011 3:45:34 AM Thu | | |
| **Last Visited [Local]:** | 9/14/2011 10:45:34 PM Wed | **Time Zone:** Central Standard Time [UTC -0600] | |
| **Username:** | Dean | | |
| **Source:** | R:\Hashsets\10\index.dat | | |
| **Page Title:** | Jobs Online - Jobs Search and Listings at JobsOnline | | |
| **Hit Count:** | 5 | | |
| **URL:** | http://www.jobsonline.net/index.html?KEYWORD=iowa%20employment&tp_campaign_id=96&traffic_id=238670644 | | |

| | | | |
|---|---|---|---|
| **Type:** | http | **Browser Version:** | MSIE (v7-8) | **Offset:** FO: 382976 |
| **Index Type:** | Master | | |
| **Last Visited [UTC]:** | 9/15/2011 3:45:58 AM Thu | | |
| **Last Visited [Local]:** | 9/14/2011 10:45:58 PM Wed | **Time Zone:** Central Standard Time [UTC -0600] | |
| **Username:** | Dean | | |
| **Source:** | R:\Hashsets\10\index.dat | | |
| **Page Title:** | Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar | | |
| **Hit Count:** | 9 | | |
| **URL:** | http://search.netzero.net/autosearch?action=autosearch&query=iowa%20jobs | | |

| | | | |
|---|---|---|---|
| **Type:** | http | **Browser Version:** | MSIE (v7-8) | **Offset:** FO: 391040 |
| **Index Type:** | Master | | |
| **Last Visited [UTC]:** | 9/15/2011 3:45:58 AM Thu | | |
| **Last Visited [Local]:** | 9/14/2011 10:45:58 PM Wed | **Time Zone:** Central Standard Time [UTC -0600] | |
| **Username:** | Dean | | |
| **Source:** | R:\Hashsets\10\index.dat | | |
| **Page Title:** | JobsOnline: Account Creation | | |
| **Hit Count:** | 5 | | |
| **URL:** | http://www.jobsonline.net/profile/account_creation.html?GCID=&KEYWORD=&detail_code=&location=Mason%20City%2C%20IA%2050401&search=&source_code=&tp_campaign_id=96&traffic_id=&zip=50401 | | |

Case 3:12-cr-03011-LRR-KEM   Document 73-38   Filed 07/05/12   Page 29 of 45

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 3:47:06 AM Thu
**Last Visited [Local]:** 9/14/2011 10:47:06 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar
**Hit Count:** 5
**URL:** http://search.netzero.net/autosearch?action=autosearch&query=masoncityiowaschool

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 394368

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 3:48:09 AM Thu
**Last Visited [Local]:** 9/14/2011 10:48:09 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Mason City Community Schools Web Page
**Hit Count:** 29
**URL:** http://www.masoncityschools.org

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 42752

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 3:48:28 AM Thu
**Last Visited [Local]:** 9/14/2011 10:48:28 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar
**Hit Count:** 8
**URL:** http://search.netzero.net/search?action=search&source=spell&query=mason+city+iowa+school

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 402888

Case Reference:

Prepared By:     dkfenton - Microsoft

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 9/15/2011 3:50:16 AM Thu |
| **Last Visited [Local]:** | 9/14/2011 10:50:16 PM Wed |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | |
| **Hit Count:** | 3 |
| **URL:** | http://www.masoncityschools.org/favicon.ico |

**Browser Version:**  MSIE (v7-8)

**Time Zone:**  Central Standard Time [UTC -0600]

**Offset:**  FO: 384256

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 9/15/2011 3:50:22 AM Thu |
| **Last Visited [Local]:** | 9/14/2011 10:50:22 PM Wed |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | |
| **Hit Count:** | 6 |
| **URL:** | http://www.masoncityschools.org/employmentopp/Custodian.pdf |

**Browser Version:**  MSIE (v7-8)

**Time Zone:**  Central Standard Time [UTC -0600]

**Offset:**  FO: 396672

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 9/15/2011 3:50:22 AM Thu |
| **Last Visited [Local]:** | 9/14/2011 10:50:22 PM Wed |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\index.dat |
| **Page Title:** | |
| **Hit Count:** | 5 |
| **URL:** | http://www.masoncityschools.org/employmentopp/Custodian.pdf |

**Browser Version:**  MSIE (v7-8)

**Time Zone:**  Central Standard Time [UTC -0600]

**Offset:**  FO: 396416

37P31

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 3:51:11 AM Thu
**Last Visited [Local]:** 9/14/2011 10:51:11 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Mason City Community Schools Web Page
**Hit Count:** 42
**URL:** http://www.masoncityschools.org/employmentopp/index.htm

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 397312

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 3:51:26 AM Thu
**Last Visited [Local]:** 9/14/2011 10:51:26 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:**
**Hit Count:** 7
**URL:** http://www.masoncityschools.org/employmentopp/Custodian.pdf

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 395008

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 3:51:28 AM Thu
**Last Visited [Local]:** 9/14/2011 10:51:28 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:**
**Hit Count:** 48
**URL:** http://www.masoncityschools.org/employmentopp/Paraprofession\_Positions\_11.12.pdf

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 127360

Case Reference:

Prepared By:     dkfenton - Microsoft

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 9/15/2011 3:53:28 AM Thu |
| **Last Visited [Local]:** | 9/14/2011 10:53:28 PM Wed |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\Index.dat |
| **Page Title:** | |
| **Hit Count:** | 8 |
| **URL:** | http://www.clearlake.k12.ia.us |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 402048

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 9/15/2011 3:53:31 AM Thu |
| **Last Visited [Local]:** | 9/14/2011 10:53:31 PM Wed |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\Index.dat |
| **Page Title:** | Atom 1.0 |
| **Hit Count:** | 12 |
| **URL:** | http://www.clearlake.k12.ia.us/index.php?format=feed&type=atom |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 82688

| | |
|---|---|
| **Type:** | http |
| **Index Type:** | Master |
| **Last Visited [UTC]:** | 9/15/2011 3:53:31 AM Thu |
| **Last Visited [Local]:** | 9/14/2011 10:53:31 PM Wed |
| **Username:** | Dean |
| **Source:** | R:\Hashsets\10\Index.dat |
| **Page Title:** | RSS 2.0 |
| **Hit Count:** | 12 |
| **URL:** | http://www.clearlake.k12.ia.us/index.php?format=feed&type=rss |

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 355840

Case 3:12-cr-03011-LRR-KEM   Document 73-38   Filed 07/05/12   Page 33 of 45

37P33

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 3:54:34 AM Thu
**Last Visited [Local]:** 9/14/2011 10:54:34 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar
**Hit Count:** 5
**URL:** http://search.netzero.net/autosearch?action=autosearch&query=noraspringsschool

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 406272

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 3:56:49 AM Thu
**Last Visited [Local]:** 9/14/2011 10:56:49 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar
**Hit Count:** 6
**URL:** http://search.netzero.net/search?action=search&source=spell&query=nora+springs+school

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 409600

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 3:57:00 AM Thu
**Last Visited [Local]:** 9/14/2011 10:57:00 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar
**Hit Count:** 14
**URL:** http://search.netzero.net/autosearch?action=autosearch&query=clearlakeschools

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 410240

Case 3:12-cr-03011-LRR-KEM   Document 73-38   Filed 07/05/12   Page 34 of 45

37P34

**Type:** http

**Index Type:** Master

**Last Visited [UTC]:** 9/15/2011 4:00:28 AM Thu

**Last Visited [Local]:** 9/14/2011 11:00:28 PM Wed

**Username:** Dean

**Source:** R:\Hashsets\10\index.dat

**Page Title:** young boys - Bing Images

**Hit Count:** 6

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 403328

**URL:** http://www.bing.com/images/search?q=young+boys&view=detail&id=ECC7861F43DDE5547CC1660D42C6368E65AC34CF8&first=0&FORM=IDFRIR

**Type:** http

**Index Type:** Master

**Last Visited [UTC]:** 9/15/2011 4:01:49 AM Thu

**Last Visited [Local]:** 9/14/2011 11:01:49 PM Wed

**Username:** Dean

**Source:** R:\Hashsets\10\index.dat

**Page Title:** young boys - Bing Images

**Hit Count:** 5

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 375936

**URL:** http://www.bing.com/images/search?q=young+boys&view=detail&id=4C1185391EDC923741B4DDD16FF8E5C5D12B9AE7&first=0&FORM=IDFRIR

**Type:** http

**Index Type:** Master

**Last Visited [UTC]:** 9/15/2011 4:06:09 AM Thu

**Last Visited [Local]:** 9/14/2011 11:06:09 PM Wed

**Username:** Dean

**Source:** R:\Hashsets\10\index.dat

**Page Title:** young boys - Bing Images

**Hit Count:** 5

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 402304

**URL:** http://www.bing.com/images/search?q=young+boys&view=detail&id=8759E7CB5FBA27070D443B633666F2A97F8285A&first=0&FORM=IDFRIR

Case 3:12-cr-03011-LRR-KEM   Document 73-38   Filed 07/05/12   Page 35 of 45

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 4:11:04 AM Thu
**Last Visited [Local]:** 9/14/2011 11:11:04 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\Index.dat
**Page Title:** young boys - Bing Images
**Hit Count:** 5
**URL:** http://www.bing.com/images/search?q=young+boys&view=detail&id=4D77B3FF49DA095CD6BAE0E81BCE9D95B1442231&first=0&FORM=IDFRIR

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 270720

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 4:13:44 AM Thu
**Last Visited [Local]:** 9/14/2011 11:13:44 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\Index.dat
**Page Title:** young boys - Bing Images
**Hit Count:** 1116
**URL:** http://www.bing.com/images/search?q=young+boys&go=&qs=ns&form=QBIR

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 404480

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 4:16:16 AM Thu
**Last Visited [Local]:** 9/14/2011 11:16:16 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\Index.dat
**Page Title:** NetZero - MyNetZero Personalized Start Page - Internet Service Provider
**Hit Count:** 9
**URL:** http://my.netzero.net/s/sp?r=ai&cf=sp&ClientVersion=8.9.2&mem=sketter911&ogin=dee036819d2e95459060f4b45c81f966/sketter911:netzero.net/131606004&30/sss.4.45878/&ts=4e717b90&A=7995113400052098B=1298657600000&C=1298657600000&D=0&I=A0892DN.&N=PLHSNAV/USERSSUSER&O=I&UT=

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 412416

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 4:16:50 AM Thu
**Last Visited [Local]:** 9/14/2011 11:16:50 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** young boys - Bing Images
**Hit Count:** 318
**URL:** http://www.bing.com/images/search?q=young%20boys&form=HPNTLB

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 411648

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 4:20:36 AM Thu
**Last Visited [Local]:** 9/14/2011 11:20:36 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Young boys Images and Stock Photos. 170,386 young boys photography and royalty free pictures available to download from over 100 stock photo companies.
**Hit Count:** 5
**URL:** http://www.fotosearch.com/photos-images/young-boys.html

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 414336

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 4:21:03 AM Thu
**Last Visited [Local]:** 9/14/2011 11:21:03 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** RSS
**Hit Count:** 2
**URL:** http://www.bing.com/search?q=young+boys&FORM=BWFD&format=rss

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 412032

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 4:21:03 AM Thu
**Last Visited [Local]:** 9/14/2011 11:21:03 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** young boys - Bing
**Hit Count:** 12
**URL:** http://www.bing.com/search?q=young+boys&FORM=BWFD

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 413696

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 4:21:24 AM Thu
**Last Visited [Local]:** 9/14/2011 11:21:24 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** RSS
**Hit Count:** 1
**URL:** http://www.bing.com/search?q=Little+Boys&FORM=R5FD1&format=rss

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 382720

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 4:21:27 AM Thu
**Last Visited [Local]:** 9/14/2011 11:21:27 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Little Boys - Bing
**Hit Count:** 5
**URL:** http://www.bing.com/search?q=Little+Boys&FORM=R5FD1

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 403712

NetAnalysis v1.53 (1.53.11280.253) - Licenced to:  Federal Bureau of Investigation

37F38

Case Reference:
Prepared By: dkfenton - Microsoft

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 4:22:29 AM Thu
**Last Visited [Local]:** 9/14/2011 11:22:29 PM Wed
**Username:** Dean
**Source:** R:\Hashsets10\Index.dat
**Page Title:** little boy - Bing Images
**Hit Count:** 97
**URL:** http://www.bing.com/images/search?q=little+boy&qpvt=Little+Boys&FORM=Z7FD

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 417792

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 4:25:11 AM Thu
**Last Visited [Local]:** 9/14/2011 11:25:11 PM Wed
**Username:** Dean
**Source:** R:\Hashsets10\Index.dat
**Page Title:** young boy - Bing Images
**Hit Count:** 5
**URL:** http://www.bing.com/images/search?q=young+boy&view=detail&id=2005F846C72F7328F9BBBE5F5E1F90DF6120DDC2&first=0&FORM=IDFRIR

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 418560

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 4:26:32 AM Thu
**Last Visited [Local]:** 9/14/2011 11:26:32 PM Wed
**Username:** Dean
**Source:** R:\Hashsets10\Index.dat
**Page Title:** young boy - Bing Images
**Hit Count:** 252
**URL:** http://www.bing.com/images/search?q=young+boy&go=&qs=ns&form=QBIR

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 418944

Case 3:12-cr-03011-LRR-KEM   Document 73-38   Filed 07/05/12   Page 39 of 45

37F39

**Type:**            http

**Index Type:**        Master

**Last Visited [UTC]:**   9/15/2011 4:27:23 AM Thu

**Last Visited [Local]:**  9/14/2011 11:27:23 PM Wed

**Username:**         Dean

**Source:**          R:\Hashsets\10\Index.dat

**Page Title:**        young boy - Bing Videos

**Hit Count:**         5

**URL:**             http://www.bing.com/videos/search?q=young%20boy&form=HPNTBG

**Browser Version:**   MSIE (v7-8)

**Time Zone:**        Central Standard Time [UTC -0600]

**Offset:**   FO: 418176

---

**Type:**            http

**Index Type:**        Master

**Last Visited [UTC]:**   9/15/2011 4:32:06 AM Thu

**Last Visited [Local]:**  9/14/2011 11:32:06 PM Wed

**Username:**         Dean

**Source:**          R:\Hashsets\10\Index.dat

**Page Title:**

**Hit Count:**         3

**URL:**             http://www.hardsextube.com/favicon.ico

**Browser Version:**   MSIE (v7-8)

**Time Zone:**        Central Standard Time [UTC -0600]

**Offset:**   FO: 176128

---

**Type:**            http

**Index Type:**        Master

**Last Visited [UTC]:**   9/15/2011 4:33:53 AM Thu

**Last Visited [Local]:**  9/14/2011 11:33:53 PM Wed

**Username:**         Dean

**Source:**          R:\Hashsets\10\Index.dat

**Page Title:**        Young Gay Boys - Bing Videos

**Hit Count:**         8

**URL:**             http://www.bing.com/videos/search?q=Young+Gay+Boys&view=detail&mid=25423BAC9A8F328FF69525423BAC9A8F328FF69525423BAC9A8F328FF6958first=41&FORM=LKVR16

**Browser Version:**   MSIE (v7-8)

**Time Zone:**        Central Standard Time [UTC -0600]

**Offset:**   FO: 414976

Case 3:12-cr-03011-LRR-KEM   Document 73-38   Filed 07/05/12   Page 40 of 45

**Case Reference:**

**Prepared By:** dkfenton - Microsoft

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 4:35:23 AM Thu
**Last Visited [Local]:** 9/14/2011 11:35:23 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:**
**Hit Count:** 7
**URL:** http://www.hardsextube.com/video/275239

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 414080

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/15/2011 4:36:26 AM Thu
**Last Visited [Local]:** 9/14/2011 11:36:26 PM Wed
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Young Gay Boys - Bing Videos
**Hit Count:** 27
**URL:** http://www.bing.com/videos/search?q=Young+Gay+Boys&FORM=R5FD20

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 415872

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/16/2011 3:55:21 AM Fri
**Last Visited [Local]:** 9/15/2011 10:55:21 PM Thu
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar
**Hit Count:** 38
**URL:** http://search.netzero.net/autosearch?action=autosearch&query=gayteenchat

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 458112

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/16/2011 3:59:25 AM Fri
**Last Visited [Local]:** 9/15/2011 10:59:25 PM Thu
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** boys - Bing Images
**Hit Count:** 8
**URL:** http://www.bing.com/images/search?q=boys&view=detail&id=5396FB0E36C639730244E8ED5E05EFEB115791A4&first=0&FORM=IDFRIR

**Offset:** FO: 462848
**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/16/2011 4:01:57 AM Fri
**Last Visited [Local]:** 9/15/2011 11:01:57 PM Thu
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** boys - Bing Images
**Hit Count:** 513
**URL:** http://www.bing.com/images/search?q=boys&form=HPNTLB

**Offset:** FO: 459264
**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/16/2011 4:04:49 AM Fri
**Last Visited [Local]:** 9/15/2011 11:04:49 PM Thu
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** boys nude - Bing Images
**Hit Count:** 149
**URL:** http://www.bing.com/images/search?q=boys+nude&go=&qs=ns&form=QBIR

**Offset:** FO: 249856
**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]

42

Case 3:12-cr-03011-LRR-KEM   Document 73-38   Filed 07/05/12   Page 42 of 45

37P42

**Type:** http

**Index Type:** Master

**Last Visited [UTC]:** 9/16/2011 4:07:53 AM Fri

**Last Visited [Local]:** 9/15/2011 11:07:53 PM Thu

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Username:** Dean

**Source:** R:\Hashsets10\Index.dat

**Page Title:** boys nude - Bing Videos

**Hit Count:** 9

**URL:** http://www.bing.com/videos/search?q=boys%20nude&form=HPNTBG

**Offset:** FO: 464128

---

**Type:** http

**Index Type:** Master

**Last Visited [UTC]:** 9/16/2011 4:13:48 AM Fri

**Last Visited [Local]:** 9/15/2011 11:13:48 PM Thu

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Username:** Dean

**Source:** R:\Hashsets10\Index.dat

**Page Title:** 321 Gay Teen Chat - Free, clean gay, lesbian and bisexual chat rooms for ages 13 to 19

**Hit Count:** 63

**URL:** http://www.321gayteenchat.com

**Offset:** FO: 464512

---

**Type:** http

**Index Type:** Master

**Last Visited [UTC]:** 9/16/2011 4:28:15 AM Fri

**Last Visited [Local]:** 9/15/2011 11:28:15 PM Thu

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Username:** Dean

**Source:** R:\Hashsets10\Index.dat

**Page Title:** gay boys - Bing Videos

**Hit Count:** 32

**URL:** http://www.bing.com/videos/search?q=gay+boys&qs=ns&form=QBVR

**Offset:** FO: 463232

Case Reference:
Prepared By:     dkfenton - Microsoft

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/17/2011 2:40:41 AM Sat
**Last Visited [Local]:** 9/16/2011 9:40:41 PM Fri
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** Search Results from Google on NetZero - One-click Search from your Start Page, Message Center or Browser Toolbar
**Hit Count:** 140
**URL:** http://search.netzero.net/autosearch?action=autosearch&query=gay%20teen%20chat%20rooms

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 287360

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/17/2011 5:57:05 AM Sat
**Last Visited [Local]:** 9/17/2011 12:57:05 AM Sat
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:**
**Hit Count:** 4
**URL:** http://www.facebook.com/l.php?u=http%3A%2F%2Fes.tinypic.com%2Fview.php%3Fpic%3D6quqf6%26s%3D7&h=eAQA124R0

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 491904

**Type:** http
**Index Type:** Master
**Last Visited [UTC]:** 9/17/2011 5:57:46 AM Sat
**Last Visited [Local]:** 9/17/2011 12:57:46 AM Sat
**Username:** Dean
**Source:** R:\Hashsets\10\index.dat
**Page Title:** NetZero Message Center
**Hit Count:** 33
**URL:** http://webmail.netzero.net

**Browser Version:** MSIE (v7-8)
**Time Zone:** Central Standard Time [UTC -0600]
**Offset:** FO: 701952

Case 3:12-cr-03011-LRR-KEM   Document 73-38   Filed 07/05/12   Page 44 of 45

37P44

**Type:** http

**Index Type:** Master

**Last Visited [UTC]:** 9/17/2011 5:57:46 AM Sat

**Last Visited [Local]:** 9/17/2011 12:57:46 AM Sat

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 702720

**Username:** Dean

**Source:** R:\Hashsets\10\index.dat

**Page Title:** Gay Boys xxx movies & porn trailers | Redtube.com Free Porn

**Hit Count:** 26

**URL:** http://www.redtube.com/gay/?search=boys

---

**Type:** http

**Index Type:** Master

**Last Visited [UTC]:** 9/17/2011 5:58:20 AM Sat

**Last Visited [Local]:** 9/17/2011 12:58:20 AM Sat

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 691840

**Username:** Dean

**Source:** R:\Hashsets\10\index.dat

**Page Title:** Gay young boy porn TGP gay twinks naked teen gay boys pictures and movies

**Hit Count:** 1

**URL:** http://www.boylagoon.com

---

**Type:** http

**Index Type:** Master

**Last Visited [UTC]:** 9/17/2011 5:58:44 AM Sat

**Last Visited [Local]:** 9/17/2011 12:58:44 AM Sat

**Browser Version:** MSIE (v7-8)

**Time Zone:** Central Standard Time [UTC -0600]

**Offset:** FO: 703104

**Username:** Dean

**Source:** R:\Hashsets\10\index.dat

**Page Title:** NetZero Message Center

**Hit Count:** 34

**URL:** http://webmail.netzero.net